# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

August 20, 2020

Before

FRANK H. EASTERBROOK, *Circuit Judge*

KENNETH F. RIPPLE, *Circuit Judge*

MICHAEL Y. SCUDDER, *Circuit Judge*

| | |
|---|---|
| No. 18-2617 | Appeal from the United States District Court for the Central District of Illinois. |
| JASON WELLS,<br>    *Plaintiff-Appellant*, | |
| *v.* | No. 14-cv-4048<br>Sara Darrow, *Chief Judge*. |
| ANGELA CAUDILL,<br>    *Defendant-Appellee*. | |

**Order**

Plaintiff-Appellant filed a petition for rehearing and rehearing en banc on August 5, 2020. No judge in regular active service has requested a vote on the petition for rehearing en banc, and all of the judges on the panel have voted to deny rehearing. The petition for rehearing is therefore DENIED.